MATTHEW C. ADDISON, ESQ., NSBN 4201
JESSICA WOELFEL, ESQ., NSBN 11885
MCDONALD CARANO WILSON LLP
100 West Liberty Street, Tenth Floor
Reno, Nevada 89501
Telephone: (775) 788-2000
Facsimile: (775) 788-2020
Attorneys for *Gold Country Foods, Inc.
and R&M Properties*

```
           FILED           RECEIVED
           ENTERED         SERVED ON
                   COUNSEL/PARTIES OF RECORD

              JAN - 4 2012

           CLERK US DISTRICT COURT
             DISTRICT OF NEVADA
       BY: _____ DEPUTY
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GOLD COUNTRY FOODS, INC., a California corporation and R&M PROPERTIES, a general partnership,<br><br>Plaintiffs,<br><br>vs.<br><br>SPARKS LEGENDS DEVELOPMENT, INC., a Nevada corporation, and RED DEVELOPMENT, LLC, a Missouri limited liability company, and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 3:10-CV-00543-RCJ-VPC<br><br>**STIPULATED NOTICE OF SETTLEMENT** |

  The parties in this matter have reached a settlement and are in the process of executing settlement documents. Pursuant to those documents, a Stipulation for Dismissal, with Prejudice, will be filed with the Court in the two (2) weeks following March 1, 2012. Thus, the parties respectfully request the Court's indulgence with regard to all potentially applicable deadlines and proceedings in the interim.

  In the event one party does not perform its obligations under the parties' settlement, the only remaining issue before this Court will be the enforcement of the parties' settlement, and the

1  settlement documents expressly state this Court retains jurisdiction to enforce their agreement.

2  Pursuant to FRCP 11, the undersigned represent this Stipulation is submitted in good

3  faith for the sole purpose of most efficiently finalizing this matter.

4  DATED this 29th day of December, 2011.

McDONALD CARANO WILSON LLP


By   /s/ Matthew C. Addison
    Matthew C. Addison, Esq., NSBN 4201
    Jessica Woelfel, Esq., NSBN 11885
    100 West Liberty Street, Tenth Floor
    Reno, NV 89501
    (775) 788-2000
    *Attorneys for Plaintiff*

WARDEN GRIER LLP


By /s/ Kathryn A. Lewis
    Kathryn A. Lewis, Esq., KSBN 20690
    420 Nichols Road, Suite 200
    Kansas City, MO 64112
    (816) 877-8100
    (*Admitted Pro Hac Vice*)
    *Attorneys for Defendants*

IT IS SO ORDERED

_____
U.S. MAGISTRATE JUDGE

DATED: January 4, 2012

# CERTIFICATE OF SERVICE

I hereby certify, under penalty of perjury, that I am an employee of McDonald Carano Wilson LLP and that pursuant to LR 5-3 I caused to be electronically filed on this date a true and correct copy of the **STIPULATED NOTICE OF SETTLEMENT** with the Clerk of the Court using the CM/ECF system, which will automatically e-serve the same on the attorney of record set forth below:

Kathryn A. Lewis, Esq.
Warden Grier LLP
420 Nichols Road, Suite 200
Kansas City, MO 64112

Alex J. Flangas, Esq.
Holland & Hart, LLP
5441 Kietzke Lane, 2nd Floor
Reno, NV 89511

DATED this 29th day of December, 2011.

\s\ Nancy A. Hoy
Nancy A. Hoy

326810.1